|   |   |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DEMARIO KEYES, | ) | |
|---|---|---|
| Plaintiff, | ) | No. C 11-3420 CRB (PR) |
| v. | ) | ORDER OF DISMISSAL |
| CALIFORNIA DEP'T OF CORRECTIONS, et al., | ) | (Docket # 2) |
| Defendant(s). | ) | |

On July 13, 2011, while plaintiff was incarcerated at the Alameda County Jail, he filed the instant civil action. The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not pay the requisite $350.00 filing fee or, instead, submit a signed and completed court-approved prisoner's in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

The court's mail to plaintiff was returned as undeliverable several times. But on November 2, 2011, plaintiff notified the court that he was no longer in custody and that mail to him should be sent to his private residence in Milpitas, California.

On November 8, the court asked plaintiff to file a non-prisoner's in forma pauperis application within 30 days and, again, advised him that failure to do so would result in dismissal of this action. More than 30 days have elapsed; however, plaintiff has not provided the court with the requisite item, or sought an extension of time to do so. Plaintiff's incomplete prisoner's in forma pauperis application (docket # 2) is DENIED as moot and the action is DISMISSED without prejudice.

The clerk shall close the file.

SO ORDERED.

DATED:   Dec. 20, 2011                    _____
                                          CHARLES R. BREYER
                                          United States District Judge

G:\PRO-SE\CRB\CR.11\Keyes, D.11-3420.dsifp.wpd